**UNITED STATES DISTRICT COURT FOR**

**THE NORTHERN DISTRICT OF CALIFORNIA**

**(San Jose Division)**

| | |
|---|---|
| UMA O'NEILL, an individual; and O'NEILL SHOW JUMPING LLC, a California Limited Liability Company,<br><br>       Plaintiffs,<br><br>       vs.<br><br>CATHERINE   BRENTZEL,   an   individual; CATHY BRENTZEL, an individual; and DOES 1-20, inclusive,<br><br>       . | **Case No. 5:25-cv-05424-SVK**<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DKT. NO. 31** |

This matter comes before the Court on Defendants Catherine Brentzel and Cathy Brentzel's ("Defendants") Administrative Motion to Seal Dkt. No. 31 pursuant to Civil Local Rules 7-11 and 79-5. Having considered the Motion and the papers submitted in support thereof, the Court GRANTS Defendants' Motion and seals Dkt. No. 31.

**IT IS SO ORDERED.**

Dated:  June 24, 2026

Hon. Susan van Keulen
United States Magistrate Judge

1
[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE  MOTION TO SEAL DKT. NO. 31