WONG FLEMING, P.C.
Daniel C. Fleming, SB#314283
400 Alexander Park Dr., Suite 201
Princeton, NJ 08540
Telephone: (609) 951-9520
Facsimile:(609)951-0270 dfleming@wongfleming.com
sshalloo@wongfleming.com
*Attorneys for Defendants Catherine Brentzel and Cathy Brentzel*

**UNITED STATES DISTRICT COURT FOR**

**THE NORTHERN DISTRICT OF CALIFORNIA**

**(San Jose Division)**

UMA O'NEILL, an individual; and O'NEILL SHOW JUMPING LLC, a California Limited Liability Company,

Plaintiffs,

vs.

CATHERINE BRENTZEL, an individual; CATHY BRENTZEL, an individual; and DOES 1-20, inclusive,

Defendants.

**Case No. 5:25-cv-05424-SVK**

**ORDER on Defendants' Unopposed Motion to Extend Deadline for Expert Disclosures**

Re: Dkt. No. 44

**ORDER**

AND NOW, this 24th day of September, 2026, upon consideration of Defendants Catherine Brentzel and Cathy Brentzel's Unopposed Motion to Extend Deadline for Expert Disclosures, it is hereby ORDERED that:

(1) Defendants' Motion to Extend Deadline for Expert Disclosures is GRANTED; and

(2) The deadline for Disclosures of Expert Witnesses and Testimony under Fed. R. Civ. P. 26(a)(2) is EXTENDED from October 1, 2026 to November 20, 2026.

(3) The parties will submit a proposed amended scheduling order by October 15, 2026.

Dated: September 24, 2026

BY THE COURT:

Susan van Keulen
United States Magistrate Judge