UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UMA O'NEILL, et al.,

Plaintiffs,

v.

CATHY BRENTZEL, et al.,

Defendants.

Case No. 25-cv-05424-SVK

**ORDER ON DEFENDANTS' MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIMS**

**ORDER ON PARTIES' JOINT PROPOSED AMENDED SCHEDULING ORDER**

Re: Dkt. Nos. 41, 46

Now before the Court are: (1) Defendants' motion for leave to file a first amended answer and counterclaims (Dkt. 41); and (2) the Parties' joint proposed amended scheduling order (Dkt. 46). Having reviewed the Parties' filings, the Court **ORDERS** as follows:

1. Defendants' motion for leave to file a first amended answer and counterclaims (Dkt. 41) is **GRANTED**. Defendants' first amended answer and counterclaims shall be filed by **October 21, 2026.**

2. The Counter-Defendants' answer to the counterclaims is due **November 12, 2026.**

3. New party Counter-Defendant Shawne O'Neill shall file a consent or declination to magistrate judge jurisdiction by **November 12, 2026.**

4. Pursuant to the Parties' joint proposed amended scheduling order (Dkt. 46), as modified by the Court, the case schedule at Dkt. 38 (as previously amended at Dkt. 45) is **FURTHER AMENDED** as follows:

| Event | Current Date/Deadline | New Date/Deadline |
|---|---|---|
| Expert witness disclosures | 11/20/2026 | 11/20/2026 |

United States District Court
Northern District of California

| | | |
|---|---|---|
| Rebuttal expert reports | 10/15/2026 | 12/4/2026 |
| Close of all discovery | 12/31/2026 | 2/19/2027 |
| Case Management Statement Due | 1/12/2027 | 3/3/2027 |
| Further Case Management Conference | 1/19/2027 | 3/10/2027 at 9:30 a.m. |
| Dispositive motions filing date | 1/26/2027 | 3/16/2027 |
| Dispositive motions hearing date | 3/2/2027 | 5/4/2027 |
| Pretrial Conference | 5/6/2027<br><br>Pretrial filings due:<br>4/15/2027 and 4/22/2027 | 7/22/2027 at 9:30 a.m.<br><br>Pretrial filings due:<br>7/1/2027 and 7/8/2027 |
| Bench Trial | 5/17/2027 | 7/26/2027 |

**SO ORDERED.**

Dated: October 19, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California