Howard L. Jacobs, SB# 149709
Katlin N. Freeman, SB # 316253
31111 Agoura Rd., Suite 225
Westlake Village, California 91361
Telephone: (805) 418-9892
Facsimile: (805) 418-9899
howard.jacobs@athleteslawyer.com
katy.freeman@athleteslawyer.com
*Attorneys for Plaintiffs Uma O'Neill and O'Neill Show Jumping LLC*

WONG FLEMING, P.C.
Daniel C. Fleming, SB#314283
400 Alexander Park Dr., Suite 201
Princeton, NJ 08540
Telephone: (609) 951-9520
Facsimile:(609)951-0270 dfleming@wongfleming.com
sshalloo@wongfleming.com
*Attorneys for Defendants Catherine Brentzel and Cathy Brentzel*

**UNITED STATES DISTRICT COURT FOR**

**THE NORTHERN DISTRICT OF CALIFORNIA**

**(San Jose Division)**

| | |
|---|---|
| UMA O'NEILL, an individual; and O'NEILL SHOW JUMPING LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>CATHERINE BRENTZEL, an individual; CATHY BRENTZEL, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | **Case No. 5:25-cv-05424-SVK**<br><br>**ORDER GRANTING STIPULATION EXTENDING DEADLINES FOR EXPERT WITNESS DISCLOSURES AND REBUTTAL EXPERT REPORTS** |

**<u>ORDER</u>**

AND NOW, this 17th day of November, 2026, pursuant to the Joint Stipulation of the Parties, it is hereby ordered that:

(1) The deadline for expert witness disclosures is extended to **January 8, 2027.**

(2) The deadline for rebuttal expert reports is extended to **January 22, 2027.**

(3) All other deadlines and dates set forth in Magistrate Judge Susan van Keulen's Scheduling Order on October 19, 2026 ^at Dkt. 47 shall remain unchanged.[1]

IT IS SO ORDERED.

DATED: November 17, 2026

BY THE COURT:

Susan van Keulen

Magistrate Judge Susan van Keulen

1/ The Court notes that many of the "Original Dates" listed in the Stipulation at Dkt. 52 are incorrect. The correct dates are in the Court's October 19, 2026 Scheduling Order at Dkt. 47.